IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

EDDIE LEE HAWKINS                                            PLAINTIFF

v.              CASE NO. 2:18-CV-00130 BSM

NANCY A. BERRYHILL, Acting
Commissioner of Social Security                            DEFENDANT

## ORDER

After careful review, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 21] is adopted, the Commissioner's final decision is affirmed, and Eddie Lee Hawkins's case is dismissed with prejudice.

IT IS SO ORDERED this 30th day of July 2019.

_____
UNITED STATES DISTRICT JUDGE